IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AAMCO TRANSMISSIONS, INC.** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **MARK E. BAKER** | : | NO. 06-CV-05252 |
| Defendant | : | |

## ORDER

AND NOW, this 24th day of December, 2008, upon consideration of the parties' filings, it is ORDERED that Defendant's motion in limine (Doc. Nos. 68 & 69) are GRANTED for the reasons stated in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ TIMOTHY R. RICE
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE